AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
September 03, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____AQ_____
DEPUTY

**UNITED STATES OF AMERICA**
**V.**
Benedicto FRAIRE-Garcia

**CRIMINAL COMPLAINT**

Case Number: **EP:25-MJ-4921-LE**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __9/1/2025__ in __El Paso__ County, in the __Western District Of Texas__ defendant(s) did, being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557

in violation of Title __8__ United States Code, Section(s) __1326(a)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The DEFENDANT, Benedicto FRAIRE-Garcia, an alien to the United States and a citizen of Mexico was found approximately 7 miles west of the Tornillo Port of Entry in Tornillo, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally. The DEFENDANT has been previously removed from the United States to Mexico on March 28, 2025 through El Paso, Texas. The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

Complaint sworn to telephonically on __September 03, 2025__ at __01:02 PM__ and signed electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**

Signature of Complainant
Jason Pyatt
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

9/3/2025
Date

at El Paso, TX
City/State

Laura Enriquez    U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

Benedicto FRAIRE-Garcia

PEPT# PEPT250900167

09/03/2025

FACTS    (CONTINUED)

Because this affidavit is being submitted for the limited purpose of establishing probable cause as set forth herein, I have not included each and every fact known to me concerning this investigation.

Immigration History:
The DEFENDANT has been removed 1 time, the last one being to MEXICO on March 28, 2025, through EL PASO, TX

Criminal History:
02/12/2024, El Paso, Texas, Interfere w/Emergency Req For Assistance(M), CNV, 141 Days.